GEORGE CANADY v. STATE.

165 So. 924.
Division A.
Opinion Filed February 7, 1936.

*Thomas E. Walker,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—The evidence in this case is of such a nature that in the opinion of the Court the administration of the law will be best subserved by granting a new trial herein.

Reversed.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur in the opinion and judgment.